OFFICE OF THE UNITED STATES TRUSTEE
74 Chapel Street
Albany, NY 12207
(518)434-4553
Eric Small, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

-----------------------------------------------------------

| | |
|---|---|
| *In re:* | **Chapter 11** |
| **SAINT FRANCIS HOSPITAL, POUGHPEESIE, NEW YORK, et. al.,**[1] | Case No. 13-37725 (CGM) |
| | **(Jointly Administered)** |
| *Debtors.* | |

-----------------------------------------------------------

# APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

      William K. Harrington, the United States Trustee for Region 2, hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors, pursuant to 11 U.S.C. § 1102(a) and § 1102(b):

1.     Cardinal Health, Inc.
   7000 Cardinal Place
   Dublin, OH 43014
   Attn: Tom Gerhart, Credit Portfolio Manager, Chairperson to Official Committee of Unsecured Creditors
   Telephone (614) 553-3124
   Fax No. (614) 757-1318
   Email: tom.gerhart@cardinalhealth.com

2.     Restorix Health, Inc.
   (fka The Center for Wound Healing)
   155 White Plains Road, Suite 222
   Tarrytown, NY 10591
   Attn: Patrick Seiler, CFO
   Telephone (914) 372-3156
   Email: Patrick.seiler@restorixhealth.com

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number includes:   St. Francis' Hospital, Poughkeepsie, New York (8503), Saint Francis Home Care Services Corporation (3842), SFH Ventures, Inc. (0024), Saint Francis Health Care Foundation, Inc. (5066), Saint Francis Hospital Preschool Program (1079).

1

3. Owens & Minor Distribution, Inc.
7437 Industrial Boulevard
Allentown, PA 18106
Attn: Joseph J. Chupela, Area Credit Manager
Telephone (610) 706-3105
Fax No. (610) 366-7385
Email: Joseph.Chupela@owens-minor.com

4. 1199SEIU UHWE
155 Washington Avenue
Albany, NY 12210
Attn:   Ana Vasquez
Telephone (516) 396-2301
Fax No. (516) 436-1140
Email: ana.vasquez@1199.org

5. HTA Poughkeepsie, LLC
463 King Street, Suite B
Charleston, SC 29403
Attn:   Amanda Houghton, EVP Asset Managment
Telephone (480) 988-3478
Fax No. (480) 991-0755
Email: AmandaHoughton@htareit.com

Dated: Poughkeepsie, New York
December 23, 2013

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
FOR REGION 2

By:   /s/ Eric J. Small
Eric J. Small
Trial Attorney
74 Chapel Street, Suite 200
Albany, NY 12207
(518) 434-4553