MCDERMOTT WILL & EMERY LLP
Darren T. Azman
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorney for Arthrex, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
|   :
In re:   |   :   Chapter 11
|   :
ST. FRANCIS' HOSPITAL,   |   :   Case No. 13-37725
POUGHKEEPSIE, NEW YORK, *et al.*,   |   :
|   :   (Jointly Administered)
Debtors.   |   :
|   :
----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, by this notice of appearance (the "Notice of

Appearance"), the firm listed below hereby appears in the above-captioned case under chapter 11

of title 11 the United States Code (the "Bankruptcy Code") as counsel for Arthrex, Inc.,

("Arthrex") pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") and Bankruptcy Code section 342, and hereby requests that

all notices given or required to be served in the above-captioned cases, whether written or oral,

and all papers served in these cases be given to or served upon:

    McDERMOTT WILL & EMERY LLP
    Attention: Darren T. Azman
    340 Madison Avenue
    New York, New York 10173-1922
    Telephone:  (212) 547-5400
    Facsimile:  (212) 547-5444
    Email:  dazman@mwe.com

DM_US 48832604-1.089419.0015

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic or computer means, facsimile transmission, telegraph, telex, or otherwise that (i) affect the above-captioned debtors (the "Debtors"), any property of the Debtors, or any property in which any Debtor holds an interest; and/or (ii) affect or seek to affect in any way any rights or interest of any party in interest in this proceeding.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Arthrex (i) to have final orders in noncore matters entered only after *de novo* review by a United States District Court, (ii) to trial by jury in any proceeding so triable in these cases or in any controversy or proceeding related to these cases, (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Arthrex is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  January 13, 2014
       New York, New York

MCDERMOTT WILL & EMERY LLP

/s/ Darren T. Azman
Darren T. Azman
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorney for Arthrex, Inc.*

- 2 -