# Exhibit  B

# SIEMENS

**INVOICE**

**Siemens Healthcare Diagnostics**
3090 Premiere Parkway
Suite 600
Duluth, GA 30097
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** 1303626
**SIEMENS REFERENCE#:** 335013360
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
RECEIVING PO# 1303626
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 971564856 | 12/21/12 | 128.18 | Net 60 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 004 | 2 PC | 10309073 LUER CAPILLARY (PK OF 20) Original Material: 4142460 Price Source:HSA Delivery # 1102506556, Shipped on 12/19/12 | 64.09 | 128.18 | |
| | | MERCHANDISE: TOTAL(USD): | | 128.18 **128.18** | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# INVOICE

**CUSTOMER PO#:** 0000008715
**SIEMENS REFERENCE#:** 340255341
**SOLD-TO#:** 10182
**PAYER#:**   10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY 12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
JOANNE /RESPIRATORY
241 NORTH RD
POUGHKEEPSIE NY 12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 971863274 | 05/02/13 | 251.70 | Net 60 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 2 PC | 10316535<br>CVM<br>Original Material: 116189<br>Price Source:HSA<br>Delivery # 1102901934, Shipped on 04/29/13 | 85.85 | 171.70 | |
| | | MERCHANDISE: | | 171.70 | |
| | | SHIPPING AND HANDLING: | | 80.00 | |
| | | **TOTAL(USD):** | | **251.70** | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**INVOICE**

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** 1303626
**SIEMENS REFERENCE#:** 340269328
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
RECEIVING PO# 1303626
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 971883026 | 05/10/13 | 1,588.00 | Net 60 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 2 PC | 10491449 RP500 MCART LAC 750 TEST Price Source:MNO Delivery # 1102934226, Shipped on 05/08/13 | 794.00 | 1,588.00 | |
| | | MERCHANDISE: TOTAL(USD): | | 1,588.00 **1,588.00** | |
| | | **Ordering Party Tel# :** (914) 471-2000 | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**INVOICE**

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** 1303626
**SIEMENS REFERENCE#:** 340306063
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY 12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
RECEIVING PO# 1303626
241 NORTH RD
POUGHKEEPSIE NY 12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 971947257 | 06/08/13 | 1,588.00 | Net 60 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 2 PC | 10491449 RP500 MCART LAC 750 TEST Price Source:MNO Delivery # 1103014546, Shipped on 06/05/13 | 794.00 | 1,588.00 | |
| | | MERCHANDISE: TOTAL(USD): | | 1,588.00 **1,588.00** | |
| | | **Ordering Party Tel# :** (914) 471-2000 | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**INVOICE**

**Siemens Healthcare Diagnostics**
3090 Premiere Parkway
Suite 600
Duluth, GA 30097
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** 1303626
**SIEMENS REFERENCE#:** 340338357
**SOLD-TO#:** 10182
**PAYER#:**   10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972002060 | 07/03/13 | 1,588.00 | Net 60 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 2 PC | 10491449 RP500 MCART LAC 750 TEST Price Source:MNO Delivery # 1103088306, Shipped on 07/02/13 | 794.00 | 1,588.00 | |
| | | MERCHANDISE: TOTAL(USD): | | 1,588.00 **1,588.00** | |
| | | **Ordering Party Tel# :** (914) 471-2000 | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**INVOICE**

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** 1303626
**SIEMENS REFERENCE#:** 335013360
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
RECEIVING PO# 1303626
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972002943 | 07/03/13 | 877.20 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 002 | 2 PC | 10310323<br>AQC CARTRIDGE KIT<br>Original Material: 120241<br>Contract#:400019353, Price Source:CNT<br>Delivery # 1103087581, Shipped on 07/02/13 | 256.70 | 513.40 | |
| 003 | 2 PC | 10310310<br>WASH/WASTE CART PKG (3)<br>Original Material: 118677<br>Contract#:400019353, Price Source:CNT<br>Delivery # 1103087581, Shipped on 07/02/13 | 181.90 | 363.80 | |
| | | MERCHANDISE:<br>**TOTAL(USD):** | | 877.20<br>**877.20** | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# INVOICE

**CUSTOMER PO#:** 1303626
**SIEMENS REFERENCE#:** 335013360
**SOLD-TO#:** 10182
**PAYER#:**   10182

**BILL TO CUSTOMER NUMBER: 10182**

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY 12601

**SHIP TO ACCOUNT NUMBER: 87155**

ST FRANCIS HOSPITAL
RECEIVING PO# 1303626
241 NORTH RD
POUGHKEEPSIE NY 12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972002944 | 07/03/13 | 128.18 | Net 60 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 004 | 2 PC | 10309073 LUER CAPILLARY (PK OF 20) Original Material: 4142460 Price Source:HSA >>Data not available at time of shipment | 64.09 | 128.18 | |
| | | MERCHANDISE: TOTAL(USD): | | 128.18 **128.18** | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**INVOICE**

Siemens Healthcare Diagnostics
3090 Premiere Parkway
Suite 600
Duluth, GA 30097
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** 1303626
**SIEMENS REFERENCE#:** 335013360
**SOLD-TO#:** 10182
**PAYER#:**   10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
RECEIVING PO# 1303626
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972030070 | 07/15/13 | 1,754.40 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 002 | 4 PC | 10310323 AQC CARTRIDGE KIT Original Material: 120241 Contract#:400019353, Price Source:CNT >>Data not available at time of shipment | 256.70 | 1,026.80 | |
| 003 | 4 PC | 10310310 WASH/WASTE CART PKG (3) Original Material: 118677 Contract#:400019353, Price Source:CNT >>Data not available at time of shipment | 181.90 | 727.60 | |
| | | MERCHANDISE: TOTAL(USD): | | 1,754.40 **1,754.40** | |
| | | **Ordering Party Tel# :** (914) 471-2000 | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**Siemens Healthcare Diagnostics**
3090 Premiere Parkway
Suite 600
Duluth, GA 30097
*RETURN SERVICE REQUESTED*

# INVOICE

**CUSTOMER PO#:** 1303626
**SIEMENS REFERENCE#:** 335013360
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
RECEIVING PO# 1303626
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972030071 | 07/15/13 | 256.36 | Net 60 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 004 | 4 PC | 10309073 LUER CAPILLARY (PK OF 20) Original Material: 4142460 Price Source:HSA >>Data not available at time of shipment | 64.09 | 256.36 | |
| | | MERCHANDISE: | | 256.36 | |
| | | **TOTAL(USD):** | | **256.36** | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# CREDIT MEMO

**CUSTOMER PO#:** 1303626
**SIEMENS REFERENCE#:** 666085111
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER: 10182**

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER: 87155**

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 996061744 | 07/25/13 | -218.04 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 1 PC | 10323175 RP405 MEAS CART BG-COOX 750 Original Material: 130520 Price Source:MNO | 218.04 | 218.04 | |
| | | MERCHANDISE: | | -218.04 | |
| | | **TOTAL(USD):** | | **-218.04** | |

CREDIT  INVOICE.  DO  NOT  PAY.

**Ordering Party Tel# : (914) 471-2000**

Please note that this credit may be deemed a discount, rebate or
otherprice reduction that must be properly disclosed and
appropriatelyreflected in any costs claimed or charges made by
you to Medicare,Medicaid or other health insurers.

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

CREDIT  INVOICE.  DO  NOT  PAY.

01/06/14 14:52

# SIEMENS

**Siemens Healthcare Diagnostics**
3090 Premiere Parkway
Suite 600
Duluth, GA 30097
*RETURN SERVICE REQUESTED*

# CREDIT MEMO

**CUSTOMER PO#:** 1303626
**SIEMENS REFERENCE#:** 666085111
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY 12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY 12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 996061745 | 07/25/13 | -193.34 | Due Upon Receipt | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 002 | 2 PC | 10341179 WASH/WASTE CART PKG Original Material: 118678 Price Source:MNO | 96.67 | 193.34 | |
| | | MERCHANDISE: TOTAL(USD): | | -193.34 -193.34 | |

CREDIT INVOICE. DO NOT PAY.

**Ordering Party Tel# :** (914) 471-2000

Please note that this credit may be deemed a discount, rebate or otherprice reduction that must be properly disclosed and appropriatelyreflected in any costs claimed or charges made by you to Medicare,Medicaid or other health insurers.

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

CREDIT INVOICE. DO NOT PAY.

01/06/14 14:52

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# CREDIT MEMO

**CUSTOMER PO#:** 1303626
**SIEMENS REFERENCE#:** 666085112
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY 12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY 12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 996061746 | 07/25/13 | -645.37 | Due Upon Receipt | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 1 PC | 10327073 RP405 MEAS CART BG-COOX 400 Original Material: 130521 Price Source:MNO | 452.03 | 452.03 | |
| 002 | 2 PC | 10341179 WASH/WASTE CART PKG Original Material: 118678 Price Source:MNO | 96.67 | 193.34 | |
| | | MERCHANDISE: | | -645.37 | |
| | | TOTAL(USD): | | **-645.37** | |

CREDIT INVOICE. DO NOT PAY.

**Ordering Party Tel# :** (914) 471-2000

Please note that this credit may be deemed a discount, rebate or otherprice reduction that must be properly disclosed and appropriatelyreflected in any costs claimed or charges made by you to Medicare,Medicaid or other health insurers.

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

CREDIT INVOICE. DO NOT PAY.

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# INVOICE

**CUSTOMER PO#:** 11374
**SIEMENS REFERENCE#:** 335019256
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972062276 | 07/29/13 | 877.20 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 2 PC | 10310323 AQC CARTRIDGE KIT Original Material: 120241 Contract#:400019353, Price Source:CNT Delivery # 1103160864, Shipped on 07/26/13 | 256.70 | 513.40 | |
| 005 | 2 PC | 10310310 WASH/WASTE CART PKG (3) Original Material: 118677 Contract#:400019353, Price Source:CNT Delivery # 1103160864, Shipped on 07/26/13 | 181.90 | 363.80 | |
| | | MERCHANDISE: | | 877.20 | |
| | | TOTAL(USD): | | 877.20 | |
| | | **Ordering Party Tel# :** (914) 471-2000 | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

01/06/14 14:46                                                                                     PAGE 1 OF   1

# SIEMENS

**INVOICE**

**Siemens Healthcare Diagnostics**
3090 Premiere Parkway
Suite 600
Duluth, GA 30097
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** 11374
**SIEMENS REFERENCE#:** 340371084
**SOLD-TO#:** 10182
**PAYER#:**   10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972065964 | 07/31/13 | 1,588.00 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 2 PC | 10491448 RP500 MCART LAC 400 TEST Contract#:400019353, Price Source:CNT Delivery # 1103162025, Shipped on 07/29/13 | 794.00 | 1,588.00 | |
| | | MERCHANDISE: TOTAL(USD): | | 1,588.00 **1,588.00** | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**INVOICE**

Siemens Healthcare Diagnostics
3090 Premiere Parkway
Suite 600
Duluth, GA 30097
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** 11374
**SIEMENS REFERENCE#:** 335019256
**SOLD-TO#:** 10182
**PAYER#:**  10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972079499 | 08/05/13 | 128.18 | Net 60 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 004 | 2 PC | 10309073 LUER CAPILLARY (PK OF 20) Original Material: 4142460 Price Source:HSA >>Data not available at time of shipment | 64.09 | 128.18 | |
| | | MERCHANDISE: | | 128.18 | |
| | | **TOTAL(USD):** | | **128.18** | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# INVOICE

**CUSTOMER PO#:** 11374
**SIEMENS REFERENCE#:** 335019256
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972124220 | 08/24/13 | 1,588.00 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 003 | 2 PC | 10491448 RP500 MCART LAC 400 TEST Contract#:400019353, Price Source:CNT Delivery # 1103237662, Shipped on 08/23/13 | 794.00 | 1,588.00 | |
| | | MERCHANDISE: TOTAL(USD): | | 1,588.00 **1,588.00** | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**INVOICE**

Siemens Healthcare Diagnostics
3090 Premiere Parkway
Suite 600
Duluth, GA 30097
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** 11374
**SIEMENS REFERENCE#:** 335019256
**SOLD-TO#:** 10182
**PAYER#:**   10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972134246 | 08/29/13 | 877.20 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 2 PC | 10310323<br>AQC CARTRIDGE KIT<br>Original Material: 120241<br>Contract#:400019353, Price Source:CNT<br>Delivery # 1103246652, Shipped on 08/27/13 | 256.70 | 513.40 | |
| 005 | 2 PC | 10310310<br>WASH/WASTE CART PKG (3)<br>Original Material: 118677<br>Contract#:400019353, Price Source:CNT<br>Delivery # 1103246652, Shipped on 08/27/13 | 181.90 | 363.80 | |
| | | MERCHANDISE:<br>**TOTAL(USD):** | | 877.20<br>**877.20** | |
| | | **Ordering Party Tel# :** (914) 471-2000 | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043002261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# INVOICE

**CUSTOMER PO#:** 11374
**SIEMENS REFERENCE#:** 335019256
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY 12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972183486 | 09/20/13 | 877.20 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 2 PC | 10310323 AQC CARTRIDGE KIT Original Material: 120241 Contract#:400019353, Price Source:CNT Delivery # 1103315235, Shipped on 09/19/13 | 256.70 | 513.40 | |
| 005 | 2 PC | 10310310 WASH/WASTE CART PKG (3) Original Material: 118677 Contract#:400019353, Price Source:CNT Delivery # 1103315235, Shipped on 09/19/13 | 181.90 | 363.80 | |
| | | MERCHANDISE: TOTAL(USD): | | 877.20 877.20 | |

**Ordering Party Tel# :** (914) 471-2000

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to
report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and
in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX
75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261,
account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# INVOICE

**CUSTOMER PO#:** 11374
**SIEMENS REFERENCE#:** 335019256
**SOLD-TO#:** 10182
**PAYER#:**   10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972185197 | 09/20/13 | 1,588.00 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 003 | 2 PC | 10491448 RP500 MCART LAC 400 TEST Contract#:400019353, Price Source:CNT Delivery # 1103316203, Shipped on 09/19/13 | 794.00 | 1,588.00 | |
| | | MERCHANDISE: TOTAL(USD): | | 1,588.00 **1,588.00** | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# INVOICE

CUSTOMER PO#: 11374
SIEMENS REFERENCE#: 340441349
SOLD-TO#: 10182
PAYER#:    10182

BILL TO CUSTOMER NUMBER: 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

SHIP TO ACCOUNT NUMBER: 87155

ST FRANCIS HOSPITAL
DEL FRTDSK PG AURELIO OR JAQUITA RT
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972187510 | 09/21/13 | 794.00 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 1 PC | 10491448 RP500 MCART LAC 400 TEST Contract#:400019353, Price Source:CNT Delivery # 1103321064, Shipped on 09/20/13 | 794.00 | 794.00 | |
| | | MERCHANDISE: | | 794.00 | |
| | | TOTAL(USD): | | **794.00** | |
| | | **Ordering Party Tel# :** (914) 471-2000 | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**INVOICE**

Siemens Healthcare Diagnostics
3090 Premiere Parkway
Suite 600
Duluth, GA 30097
*RETURN SERVICE REQUESTED*

CUSTOMER PO#: 0000014752
SIEMENS REFERENCE#: 340450678
SOLD-TO#: 10182
PAYER#:    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY 12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
RECEIVING
241 NORTH RD
POUGHKEEPSIE NY 12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972211557 | 10/03/13 | 165.85 | Net 60 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 1 PC | 10316535 CVM Original Material: 116189 Price Source:HSA Delivery # 1103355700, Shipped on 10/02/13 | 85.85 | 85.85 | |
| | | MERCHANDISE: | | 85.85 | |
| | | SHIPPING AND HANDLING: | | 80.00 | |
| | | **TOTAL(USD):** | | **165.85** | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# INVOICE

**CUSTOMER PO#:** 11374
**SIEMENS REFERENCE#:** 335019256
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER: 10182**

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY 12601

**SHIP TO ACCOUNT NUMBER: 87155**

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY 12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972228126 | 10/10/13 | 794.00 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 003 | 1 PC | 10491448 RP500 MCART LAC 400 TEST Contract#:400019353, Price Source:CNT Delivery # 1103379823, Shipped on 10/09/13 | 794.00 | 794.00 | |
| | | MERCHANDISE: TOTAL(USD): | | 794.00 794.00 | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**INVOICE**

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** 11374
**SIEMENS REFERENCE#:** 335019256
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972228127 | 10/10/13 | 128.18 | Net 60 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 004 | 2 PC | 10309073 LUER CAPILLARY (PK OF 20) Original Material: 4142460 Price Source:HSA Delivery # 1103379823, Shipped on 10/09/13 | 64.09 | 128.18 | |
| | | MERCHANDISE: TOTAL(USD): | | 128.18 **128.18** | |
| | | **Ordering Party Tel# :** (914) 471-2000 | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**CREDIT MEMO**

Siemens Healthcare Diagnostics
3090 Premiere Parkway
Suite 600
Duluth, GA 30097
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** MCP 1303626
**SIEMENS REFERENCE#:** 666090743
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 996066189 | 10/10/13 | -426.30 | Due Upon Receipt | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 1 PC | 10327073 RP405 MEAS CART BG-COOX 400 Original Material: 130521 Price Source:MNO | 329.63 | 329.63 | |
| 002 | 1 PC | 10341179 WASH/WASTE CART PKG Original Material: 118678 Price Source:MNO | 96.67 | 96.67 | |
| | | MERCHANDISE: | | -426.30 | |
| | | **TOTAL(USD):** | | **-426.30** | |

CREDIT INVOICE. DO NOT PAY.

**Ordering Party Tel# :** (914) 471-2000

Please note that this credit may be deemed a discount, rebate or
otherprice reduction that must be properly disclosed and
appropriatelyreflected in any costs claimed or charges made by
you to Medicare,Medicaid or other health insurers.

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**CREDIT INVOICE. DO NOT PAY.**

01/06/14 14:52

PAGE 1 OF   1

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# CREDIT MEMO

**CUSTOMER PO#:** MCP 1303626
**SIEMENS REFERENCE#:** 666090744
**SOLD-TO#:** 10182
**PAYER#:**   10182

**BILL TO CUSTOMER NUMBER: 10182**

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY 12601

**SHIP TO ACCOUNT NUMBER: 87155**

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY 12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 996066190 | 10/10/13 | -219.06 | Due Upon Receipt | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 1 PC | 10327073 RP405 MEAS CART BG-COOX 400 Original Material: 130521 Price Source:MNO | 122.39 | 122.39 | |
| 002 | 1 PC | 10341179 WASH/WASTE CART PKG Original Material: 118678 Price Source:MNO | 96.67 | 96.67 | |
| | | MERCHANDISE: TOTAL(USD): | | -219.06 **-219.06** | |

CREDIT INVOICE. DO NOT PAY.

**Ordering Party Tel# :** (914) 471-2000

Please note that this credit may be deemed a discount, rebate or
otherprice reduction that must be properly disclosed and
appropriatelyreflected in any costs claimed or charges made by
you to Medicare,Medicaid or other health insurers.

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

CREDIT INVOICE. DO NOT PAY.

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# CREDIT MEMO

**CUSTOMER PO#:** MCP 1303626
**SIEMENS REFERENCE#:** 666090747
**SOLD-TO#:** 10182
**PAYER#:**  10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 996066191 | 10/10/13 | -183.59 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 1 PC | 10323175 RP405 MEAS CART BG-COOX 750 Price Source:MNO | 183.59 | 183.59 | |
| | | MERCHANDISE: | | -183.59 | |
| | | TOTAL(USD): | | **-183.59** | |

CREDIT INVOICE. DO NOT PAY.

**Ordering Party Tel# :** (914) 471-2000

Please note that this credit may be deemed a discount, rebate or otherprice reduction that must be properly disclosed and appropriatelyreflected in any costs claimed or charges made by you to Medicare,Medicaid or other health insurers.

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

CREDIT INVOICE. DO NOT PAY.

# SIEMENS

**CREDIT MEMO**

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** MCP 1303626
**SIEMENS REFERENCE#:** 666090747
**SOLD-TO#:** 10182
**PAYER#:**   10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY 12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY 12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 996066192 | 10/10/13 | -96.67 | Due Upon Receipt | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 002 | 1 PC | 10341179 WASH/WASTE CART PKG Original Material: 118678 Price Source:MNO | 96.67 | 96.67 | |
| | | MERCHANDISE: | | -96.67 | |
| | | TOTAL(USD): | | -96.67 | |

CREDIT  INVOICE.  DO  NOT  PAY.

**Ordering Party Tel# : (914) 471-2000**

Please note that this credit may be deemed a discount, rebate or
otherprice reduction that must be properly disclosed and
appropriatelyreflected in any costs claimed or charges made by
you to Medicare,Medicaid or other health insurers.

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

CREDIT  INVOICE.  DO  NOT  PAY.

# SIEMENS

**CREDIT MEMO**

**Siemens Healthcare Diagnostics**
3090 Premiere Parkway
Suite 600
Duluth, GA 30097
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** MCP 1303626
**SIEMENS REFERENCE#:** 666090748
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 996066193 | 10/10/13 | -34.45 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 1 PC | 10323175 RP405 MEAS CART BG-COOX 750 Price Source:MNO | 34.45 | 34.45 | |
| | | MERCHANDISE: | | -34.45 | |
| | | **TOTAL(USD):** | | **-34.45** | |

CREDIT INVOICE. DO NOT PAY.

**Ordering Party Tel# :** (914) 471-2000

Please note that this credit may be deemed a discount, rebate or otherprice reduction that must be properly disclosed and appropriatelyreflected in any costs claimed or charges made by you to Medicare,Medicaid or other health insurers.

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

CREDIT INVOICE. DO NOT PAY.

# SIEMENS

**CREDIT MEMO**

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** MCP 1303626
**SIEMENS REFERENCE#:** 666090748
**SOLD-TO#:** 10182
**PAYER#:**   10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 996066194 | 10/10/13 | -96.67 | Due Upon Receipt | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 002 | 1 PC | 10341179 WASH/WASTE CART PKG Original Material: 118678 Price Source:MNO | 96.67 | 96.67 | |
| | | MERCHANDISE: TOTAL(USD): | | -96.67 -96.67 | |

CREDIT INVOICE. DO NOT PAY.

**Ordering Party Tel# : (914) 471-2000**

Please note that this credit may be deemed a discount, rebate or
otherprice reduction that must be properly disclosed and
appropriatelyreflected in any costs claimed or charges made by
you to Medicare,Medicaid or other health insurers.

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

CREDIT INVOICE. DO NOT PAY.

01/06/14 14:52

# SIEMENS

**CREDIT MEMO**

**Siemens Healthcare Diagnostics**
3090 Premiere Parkway
Suite 600
Duluth, GA 30097
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** MCP 1303626
**SIEMENS REFERENCE#:** 666090749
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 996066195 | 10/10/13 | -164.36 | Due Upon Receipt | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 1 PC | 10491449 RP500 MCART LAC 750 TEST Price Source:MNO | 164.36 | 164.36 | |
| | | MERCHANDISE: | | -164.36 | |
| | | TOTAL(USD): | | **-164.36** | |

CREDIT INVOICE. DO NOT PAY.

**Ordering Party Tel# :** (914) 471-2000

Please note that this credit may be deemed a discount, rebate or otherprice reduction that must be properly disclosed and appropriatelyreflected in any costs claimed or charges made by you to Medicare,Medicaid or other health insurers.

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

CREDIT INVOICE. DO NOT PAY.

# SIEMENS

**INVOICE**

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

**CUSTOMER PO#:** 11374
**SIEMENS REFERENCE#:** 335019256
**SOLD-TO#:** 10182
**PAYER#:**   10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972233864 | 10/12/13 | 877.20 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 2 PC | 10310323 AQC CARTRIDGE KIT Original Material: 120241 Contract#:400019353, Price Source:CNT Delivery # 1103383788, Shipped on 10/10/13 | 256.70 | 513.40 | |
| 005 | 2 PC | 10310310 WASH/WASTE CART PKG (3) Original Material: 118677 Contract#:400019353, Price Source:CNT Delivery # 1103383788, Shipped on 10/10/13 | 181.90 | 363.80 | |
| | | MERCHANDISE: | | 877.20 | |
| | | **TOTAL(USD):** | | **877.20** | |
| | | **Ordering Party Tel# :** (914) 471-2000 | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# INVOICE

**CUSTOMER PO#:** 11374
**SIEMENS REFERENCE#:** 335019256
**SOLD-TO#:** 10182
**PAYER#:**    10182

**BILL TO CUSTOMER NUMBER:** 10182

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER:** 87155

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972313260 | 11/14/13 | 1,588.00 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 003 | 2 PC | 10491448 RP500 MCART LAC 400 TEST Contract#:400019353, Price Source:CNT Delivery # 1103491314, Shipped on 11/13/13 | 794.00 | 1,588.00 | |
| | | MERCHANDISE: TOTAL(USD): | | 1,588.00 **1,588.00** | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**Siemens Healthcare Diagnostics**
**3090 Premiere Parkway**
**Suite 600**
**Duluth, GA 30097**
*RETURN SERVICE REQUESTED*

# INVOICE

**CUSTOMER PO#:** 11374
**SIEMENS REFERENCE#:** 335019256
**SOLD-TO#:** 10182
**PAYER#:**   10182

**BILL TO CUSTOMER NUMBER: 10182**

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER: 87155**

ST FRANCIS HOSPITAL
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972316497 | 11/15/13 | 877.20 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 2 PC | 10310323 AQC CARTRIDGE KIT Original Material: 120241 Contract#:400019353, Price Source:CNT Delivery # 1103495798, Shipped on 11/14/13 | 256.70 | 513.40 | |
| 005 | 2 PC | 10310310 WASH/WASTE CART PKG (3) Original Material: 118677 Contract#:400019353, Price Source:CNT Delivery # 1103495798, Shipped on 11/14/13 | 181.90 | 363.80 | |
| | | MERCHANDISE: | | 877.20 | |
| | | **TOTAL(USD):** | | **877.20** | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

# SIEMENS

**Siemens Healthcare Diagnostics**
3090 Premiere Parkway
Suite 600
Duluth, GA 30097
*RETURN SERVICE REQUESTED*

# INVOICE

CUSTOMER PO#: 0000017370
SIEMENS REFERENCE#: 340538949
SOLD-TO#: 10182
PAYER#:    10182

**BILL TO CUSTOMER NUMBER: 10182**

ST FRANCIS HOSPITAL
ATTN ACCTS PAYABLE
ATTN ACCOUNTS PAYABLE
241 NORTH RD
POUGHKEEPSIE NY  12601

**SHIP TO ACCOUNT NUMBER: 87155**

ST FRANCIS HOSPITAL
RESPIRATORY THERAPY
241 NORTH RD
POUGHKEEPSIE NY  12601

| INVOICE NUMBER | INVOICE DATE | TOTAL (USD) | PAYMENT TERMS | INCO TERMS |
|---|---|---|---|---|
| 972381609 | 12/12/13 | 89.56 | Net 30 Days | CIF Customer dock |

| LN#/ Cust.PO# | QTY/ UOM | MATERIAL NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAXABLE |
|---|---|---|---|---|---|
| 001 | 4 PC | 10315772 PAPER PRINTER THERMAL Contract#:400019353, Price Source:CNT Delivery # 1103584402, Shipped on 12/11/13 | 2.39 | 9.56 | |
| | | MERCHANDISE: SHIPPING AND HANDLING: **TOTAL(USD):** | | 9.56 80.00 **89.56** | |
| | | **Ordering Party Tel# : (914) 471-2000** | | | |

All discrepancies must be reported within 10 business days of receipt of product. Please contact 1-888-588-3916 to report discrepancies.

Buyer's acceptance of the goods covered by this invoice shall constitute acceptance by the buyer of all terms and conditions of sale stated above and in the Standard Conditions of Sale.

**Please remit all checks to the following address: Siemens Healthcare Diagnostics, P.O. Box 121102, Dallas, TX 75312-1102. Please make electronic payments to Bank of New York Mellon as follows: Wires: ABA 043000261, account name Siemens Healthcare Diagnostics, Account Number 0102453.**

01/06/14 14:47                                                                 PAGE 1 OF   1