# EXHIBIT "A"

| AC | Customer Name | Customer | Assignment No | Document | Doc Date | Total | Not due | 1 to 30 | 31 to 60 | 61 to 90 | Over 90 |
|----|---------------|----------|---------------|----------|----------|-------|---------|---------|----------|----------|---------|
| 04 | Saint Francis Hospital | 2001004857 | 0030018693 | 90641274 | 06/20/2012 | 1,512.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1,512.35 |
| 04 | Saint Francis Hospital | 2001004857 | 0030018693 | 90675963 | 08/15/2012 | 1,512.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1,512.35 |
| 04 | Saint Francis Hospital | 2001004857 | 0030018693 | 90817857 | 03/27/2013 | 1,512.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1,512.35 |
| 04 | Saint Francis Hospital | 2001004857 | 0030019329 | 90626166 | 05/29/2012 | 952.29 | 0.00 | 0.00 | 0.00 | 0.00 | 952.29 |
| 04 | Saint Francis Hospital | 2001004857 | 0030019329 | 90645911 | 06/25/2012 | 1,430.01 | 0.00 | 0.00 | 0.00 | 0.00 | 1,430.01 |
| 04 | Saint Francis Hospital | 2001004857 | 0030019329 | 90664913 | 07/27/2012 | 1,430.01 | 0.00 | 0.00 | 0.00 | 0.00 | 1,430.01 |
| 04 | Saint Francis Hospital | 2001004857 | 0030019329 | 90682928 | 08/28/2012 | 1,640.15 | 0.00 | 0.00 | 0.00 | 0.00 | 1,640.15 |
| 04 | Saint Francis Hospital | 2001004857 | 0030019329 | 90800062 | 02/27/2013 | 1,640.15 | 0.00 | 0.00 | 0.00 | 0.00 | 1,640.15 |
| 04 | Saint Francis Hospital | 2001004857 | 0030019329 | 90817856 | 03/27/2013 | 395.06 | 0.00 | 0.00 | 0.00 | 0.00 | 395.06 |
| 04 | Saint Francis Hospital | 2001004857 | 0030019329 | 90839317 | 04/26/2013 | 395.06 | 0.00 | 0.00 | 0.00 | 0.00 | 395.06 |
| 04 | Saint Francis Hospital | 2001004857 | 0030023428 | 90856897 | 05/22/2013 | 1,512.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1,512.35 |
| 04 | Saint Francis Hospital | 2001004857 | 0030023428 | 90894559 | 07/19/2013 | 1,512.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1,512.35 |
| 04 | Saint Francis Hospital | 2001004857 | 0030023428 | 90932131 | 09/13/2013 | 1,559.10 | 0.00 | 0.00 | 0.00 | 0.00 | 1,559.10 |
| 04 | Saint Francis Hospital | 2001004857 | 0030023428 | 90971095 | 11/08/2013 | 1,559.10 | 0.00 | 0.00 | 0.00 | 1,559.10 | 0.00 |
| 04 | Saint Francis Hospital | 2001004857 | 0030023428 | 90995606 | 12/18/2013 | 1,559.10 | 0.00 | 1,559.10 | 0.00 | 0.00 | 0.00 |
| 04 | Saint Francis Hospital | 2001004857 | 0030023428 | 91018160 | 01/22/2014 | -1,559.10 | 0.00 | -1,559.10 | 0.00 | 0.00 | 0.00 |
| 04 | Saint Francis Hospital | 2001004857 | 0030024365 | 90861006 | 05/29/2013 | 1,430.01 | 0.00 | 0.00 | 0.00 | 0.00 | 1,430.01 |
| 04 | Saint Francis Hospital | 2001004857 | 0030024365 | 90879888 | 06/28/2013 | 713.99 | 0.00 | 0.00 | 0.00 | 0.00 | 713.99 |
| 04 | Saint Francis Hospital | 2001004857 | 0030024365 | 90921043 | 08/28/2013 | 1,208.67 | 0.00 | 0.00 | 0.00 | 0.00 | 1,208.67 |
| 04 | Saint Francis Hospital | 2001004857 | 0030024365 | 90939779 | 09/27/2013 | 1,512.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,512.00 |
| 04 | Saint Francis Hospital | 2001004857 | 0030024365 | 90964466 | 10/31/2013 | 1,512.00 | 0.00 | 0.00 | 0.00 | 1,512.00 | 0.00 |
| 04 | Saint Francis Hospital | 2001004857 | 0030024365 | 90977880 | 11/25/2013 | 1,512.00 | 0.00 | 0.00 | 1,512.00 | 0.00 | 0.00 |
| 04 | Saint Francis Hospital | 2001004857 | 0030024365 | 91018162 | 01/22/2014 | -1,512.00 | 0.00 | -1,512.00 | 0.00 | 0.00 | 0.00 |
| 04 | Saint Francis Hospital | 2001004857 | 0047002504 | 90768507 | 01/15/2013 | 34,174.58 | 0.00 | 0.00 | 0.00 | 0.00 | 34,174.58 |
| 04 | Saint Francis Hospital | 2001004857 | 0030018693 | 90607755 | 04/26/2012 | 1,512.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1,512.35 |
| 04 | Saint Francis Hospital | 2001004857 | 000006760 | 1400225223 | 11/27/2013 | -7,000.00 | 0.00 | 0.00 | 0.00 | -7,000.00 | 0.00 |
| 04 | Saint Francis Hospital | 2001004857 | 000006916 | 1400226330 | 12/04/2013 | -5,000.00 | 0.00 | 0.00 | 0.00 | -5,000.00 | 0.00 |
| 04 | Saint Francis Hospital | 2001004857 | 0000438189 | 90601441 | 04/17/2012 | 585.15 | 0.00 | 0.00 | 0.00 | 0.00 | 585.15 |
| 04 | Saint Francis Hospital | 2001004857 | 0000448024 | 90617515 | 05/17/2012 | 769.53 | 0.00 | 0.00 | 0.00 | 0.00 | 769.53 |
| 04 | Saint Francis Hospital | 2001004857 | 0000464846 | 90645912 | 06/27/2012 | 585.19 | 0.00 | 0.00 | 0.00 | 0.00 | 585.19 |
| 04 | Saint Francis Hospital | 2001004857 | 0000468608 | 90650908 | 07/06/2012 | 1,133.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1,133.60 |
| 04 | Saint Francis Hospital | 2001004857 | 0000469585 | 90655437 | 07/13/2012 | 273.52 | 0.00 | 0.00 | 0.00 | 0.00 | 273.52 |
| 04 | Saint Francis Hospital | 2001004857 | 0000477382 | 90664914 | 07/27/2012 | 357.87 | 0.00 | 0.00 | 0.00 | 0.00 | 357.87 |
| 04 | Saint Francis Hospital | 2001004857 | 0000479809 | 90668153 | 08/03/2012 | 585.15 | 0.00 | 0.00 | 0.00 | 0.00 | 585.15 |
| 04 | Saint Francis Hospital | 2001004857 | 0000562302 | 90803667 | 02/28/2013 | 1,719.82 | 0.00 | 0.00 | 0.00 | 0.00 | 1,719.82 |
| 04 | Saint Francis Hospital | 2001004857 | 0000565711 | 90809073 | 03/18/2013 | 184.75 | 0.00 | 0.00 | 0.00 | 0.00 | 184.75 |
| 04 | Saint Francis Hospital | 2001004857 | 0000577519 | 90827835 | 04/10/2013 | 585.61 | 0.00 | 0.00 | 0.00 | 0.00 | 585.61 |
| 04 | Saint Francis Hospital | 2001004857 | 0000592111 | 90852375 | 05/15/2013 | 71.75 | 0.00 | 0.00 | 0.00 | 0.00 | 71.75 |
| 04 | Saint Francis Hospital | 2001004857 | 0000592249 | 90852376 | 05/15/2013 | 957.11 | 0.00 | 0.00 | 0.00 | 0.00 | 957.11 |
| 04 | Saint Francis Hospital | 2001004857 | 0000613474 | 90882926 | 07/05/2013 | 525.60 | 0.00 | 0.00 | 0.00 | 0.00 | 525.60 |
| 04 | Saint Francis Hospital | 2001004857 | 0000627942 | 90906631 | 08/07/2013 | 2,093.94 | 0.00 | 0.00 | 0.00 | 0.00 | 2,093.94 |
| 04 | Saint Francis Hospital | 2001004857 | 0000629809 | 90910415 | 08/14/2013 | 111.64 | 0.00 | 0.00 | 0.00 | 0.00 | 111.64 |
| 04 | Saint Francis Hospital | 2001004857 | 0000646231 | 90936141 | 09/23/2013 | 134.46 | 0.00 | 0.00 | 0.00 | 0.00 | 134.46 |
| 04 | Saint Francis Hospital | 2001004857 | 0000647338 | 90939778 | 09/27/2013 | 603.35 | 0.00 | 0.00 | 0.00 | 0.00 | 603.35 |
| 04 | Saint Francis Hospital | 2001004857 | 0000663673 | 90964467 | 10/31/2013 | 603.35 | 0.00 | 0.00 | 0.00 | 603.35 | 0.00 |
| 04 | Saint Francis Hospital | 2001004857 | 0000667398 | 90973184 | 11/13/2013 | 144.73 | 0.00 | 0.00 | 144.73 | 0.00 | 0.00 |
| 04 | Saint Francis Hospital | 2001004857 | 0000676503 | 90987869 | 12/06/2013 | 1,080.63 | 0.00 | 0.00 | 1,080.63 | 0.00 | 0.00 |
| 04 | Saint Francis Hospital | 2001004857 | 0000682035 | 91018161 | 01/22/2014 | -603.35 | 0.00 | -603.35 | 0.00 | 0.00 | 0.00 |
| 04 | Saint Francis Hospital | 2001004857 | 0030014074 | 90607756 | 04/26/2012 | 1,620.64 | 0.00 | 0.00 | 0.00 | 0.00 | 1,620.64 |

62,750.32